UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    CRIMINAL NO. 07-81 (1) (JNE/JSM)

    Plaintiff,

v.                                                                                      ORDER

INDADEEQ OMAR (1),

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 10, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress any Evidence Obtained as a Result of Search and Seizure [Docket No. 49] is **DENIED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 50] is **DENIED** as moot based on the representation of defendant's counsel at the hearing that there were no statements made.

Dated: August 20, 2007

                                                s/ Joan N. Ericksen
                                               JOAN N. ERICKSEN
                                               United States District Court Judge